IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY LEWIS SMITH, | * |
| Petitioner, | * |
| v. | Case No.   7:21-cv-160(WLS-TQL) |
| | * |
| Warden ROY ODUM, | |
| | * |
| Respondent. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 3, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of February, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk